**Vincent L. BELL, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 76172.**

Missouri Court of Appeals, Western District.

May 20, 2014.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 24, 2014.

Application for Transfer Denied Aug. 19, 2014.

Frederick Ernst, Kansas City, MO, for appellant.

Mary Moore, Jefferson City, MO, for respondent.

Before DIV IV: JAMES EDWARD WELSH, C.J., VICTOR C. HOWARD, and LISA WHITE HARDWICK, JJ.

**ORDER**

PER CURIAM:

Vincent L. Bell appeals the circuit court's denial of his Rule 29.15 motion for post-conviction relief after an evidentiary hearing. We affirm. Rule 84.16(b).